Inasmuch as no objection is pending at this time, the stay is lifted.

MAY 2 7 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY - 8 2008

FILED
CLERK'S OFFICE

**MDL 1769**

**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION                MDL No. 1769

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-60)**

On July 6, 2006, the Panel transferred 87 civil actions to the United States District Court for the Middle District of Florida for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 447 F.Supp.2d 1376 (J.P.M.L. 2006). Since that time, 506 additional actions have been transferred to the Middle District of Florida. With the consent of that court, all such actions have been assigned to the Honorable Anne C. Conway.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Middle District of Florida and assigned to Judge Conway.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Middle District of Florida for the reasons stated in the order of July 6, 2006, and, with the consent of that court, assigned to the Honorable Anne C. Conway.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Middle District of Florida. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

PLEADING NO. 221

**OFFICIAL FILE COPY**           IMAGED MAY 2 7 2008

IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION                    MDL No. 1769

## SCHEDULE CTO-60 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**           **CASE CAPTION**

CALIFORNIA EASTERN
   CAE  1  08-530            Christopher A. Stewart v. AstraZeneca Pharmaceuticals, LP, et al.
   CAE  1  08-536            Eduardo V. Chacon v. AstraZeneca Pharmaceuticals, LP, et al.

MINNESOTA
   MN  0  08-1144            Catherine Setzer v. AstraZeneca Pharmaceuticals, LP, et al.
   MN  0  08-1145            Dorothy Martin v. AstraZeneca Pharmaceuticals, LP, et al.

MISSOURI EASTERN
   MOE  4  08-545            Bestelle Reed v. AstraZeneca Pharmaceuticals, LP
   MOE  4  08-547            Sharon Perry v. AstraZeneca Pharmaceuticals, LP